IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE MADDEN, as Parent and Natural Guardian and Administrator of the Estate of MYKENZIE MADDEN, a minor, deceased | : : : : : | CIVIL ACTION |
| v. | : : | |
| THE A.I. DUPONT HOSPITAL FOR CHILDREN OF THE NEMOURS FOUNDATION, WILLIAM I. NORWOOD, M.D., PH. D., and CHRISTIAN PIZARRO, M.D. | : : : : : | NO. 05-787 |

**ORDER**

AND NOW, this 24th day of December, 2009, upon considering Defendant William I. Norwood, M.D., Ph. D.'s Motion for Summary Judgment (Docket No. 67), it is hereby ORDERED that the Motion is GRANTED.

As developed on the record of the December 17, 2009 hearing, the Motion of Dr. Norwood for Summary Judgment is also raised in the Motion for Summary Judgment (Doc. No. 80) and that Motion will be GRANTED as to Dr. Norwood only.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J

O:\CIVIL\05-787 Madden v. DuPont\05-787 Madden Order - MSJ.wpd